2012 JUN -1 AM 9: 30

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CARDTRONICS ATM FEE NOTICE LITIGATION<br><br>Member Cases: 11-CV-2813 BEN (BLM)<br>11-CV-3056 BEN (BLM)<br>12-CV-0559 BEN (BLM) | CASE NO. 11-MD-2245 BEN (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASE NO. 11-CV-2813 BEN (BLM)**<br><br>[Docket No. 78] |

Presently before the Court is a Joint Motion to Dismiss filed by Plaintiff Cynthia Louise Norris and Defendants Cardtronics USA, Inc. and Cardtronics, Inc. in Case No. 11-CV-2813 BEN (BLM). For good cause shown, the Joint Motion is **GRANTED**. Norris' individual claims against Defendants are **DISMISSED** with prejudice and the claims of the putative class are **DISMISSED** without prejudice. Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED**.

DATED: 6/01/2012

HON. ROGER T. BENITEZ
United States District Court Judge